**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ROBERT WILSON, *et al.*,

    *Plaintiffs*,

vs.

CITY OF CINCINNATI, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00326-JPH

Judge Jeffery P. Hopkins

---

### ORDER TO SHOW CAUSE

---

Plaintiffs' counsel failed to appear for the Preliminary Pretrial Conference set in this matter on October 2, 2025. Plaintiffs' counsel shall **SHOW CAUSE** – not later than **October 17, 2025** – why this case should not be dismissed for failure to prosecute. Plaintiffs' counsel is placed on notice that if they do not respond to this Order to Show Cause, this case may be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). Plaintiffs' counsel is further advised that they may be subject to sanctions for failing to appear at a scheduling or other pretrial conference. *See* Fed. R. Civ. P. 16(f).

    **IT IS SO ORDERED.**

October 6, 2025

Jeffery P. Hopkins
United States District Judge