**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ROBERT WILSON, et al.,

     *Plaintiffs*,                            Case No. 1:25-cv-00326-JPH

vs.                                      PLAINTIFFS' RESPONSE TO ORDER
                                          TO SHOW CAUSE

CITY OF CINCINNATI, et al.,

     *Defendants*.

Plaintiffs, through counsel, for their response to the Court's Order to Show Cause (ECF No. 13), submit the following:

Plaintiffs are represented by three separate counsel, Zachary Gottesman, Chris Wiest and Robb Stokar.  The October 2, 2025 pretrial was scheduled on a day of religious observance, Yom Kippur, that precluded participation by all of Plaintiffs' counsel.  Through discussions among Plaintiffs' counsel the scheduling conflict was identified and it was decided that one of Plaintiffs' counsel would file a motion to reschedule the pretrial to another day that would allow all three of Plaintiffs' counsel to participate in the pretrial conference.

Unfortunately, there were miscommunications between Plaintiffs' counsel regarding which of them was responsible for filing the Motion to reschedule and as a result, it was never filed. Further as result, Plaintiffs' counsel, operating under the mistaken belief the matter was being or had been rescheduled failed to call on October 2, 2025 at the appointed time.  Plaintiffs' counsel apologize to the Court for this oversight.

Plaintiffs' counsel  ask the Court to note that Plaintiffs' counsel have otherwise fully complied with the Court's orders and rules of court including initiating and participating in the FRCP 26(f) conference and ensuring timely submission of the FRCP 26(f) report. Plaintiffs' counsel will be vigilant and ensure timely compliance with and appearance at all future Court-scheduled deadlines or events.

Respectfully submitted,

*/s/ Zachary Gottesman*
Zachary Gottesman (0058675)
9200 Montgomery Road
Building E – _Unit 18B
Cincinnati, Ohio 45242
Tel: (513) 651-2121
zg@zgottesmanlaw.com

Christopher Wiest (0077931)
50 E. Rivercenter Blvd., Ste. 1280
Covington, KY 41011
Tel: (513) 257-1895
chris@cwiestlaw.com

Robb Stokar (0091330)
9200 Montgomery Road
Building E – _Unit 18B
Cincinnati, Ohio 45242
Tel: (513) 500-8511
rss@stokarlaw.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025 a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Zachary Gottesman*
Zachary Gottesman (00558675)