**EXHIBIT A**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 473-2023-02486 |

| Ohio Civil Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Gerald Hodges | (513) 651-2121 | 06 SEP 71 |

| Street Address | City, State and ZIP Code |
|---|---|
| c/o Zachary Gottesman, Gottesman & Associates, LLC, 404 E. 12th St. Cincinnati, OH 45202 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Incl. Area Code)* |
|---|---|---|
| City of Cincinnati | 500+ | (513) 352-3334 |

| Street Address | City, State and ZIP Code |
|---|---|
| 801 Plum St., Suite 214. Cincinnati, OH 45202 | |

| Name | No. Employees, Members | Phone No. *(Incl. Area Code)* |
|---|---|---|
| US EEOC Cincinnatti Area Office | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | Received 09/24/2023 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☒ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest 1/9/2023  Latest to present

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Lieutenant and employed within and by the City of Cincinnati and the Cincinnati Police Department. A Lieutenant is generally a shift supervisor within a district (within the patrol bureau), or are assigned to a specialty command/preferred assignment, which contain perks and monetary benefits, to include take home cars, overtime opportunities and call out/on call pay, and regarded generally within the Cincinnati Police Department as career-enhancing, including for promotion purposes. Lieutenants assigned as shift supervisors to district/section reliefs (i.e. a patrol shift supervisor) receive less access to overtime, less recall time, less experience, less opportunity for career growth, less schedule flexibility/restrictions on off-time, and less benefits (ie., a take-home vehicle), all constituting tangible employment benefits, than those lieutenants in preferred assignments.

All assignment decisions, including those to preferred assignments and/or shift relief are made by the Cincinnati Chief of Police. Starting on or about January 9, 2023, when Theresa Theetge was made the Cincinnati Police Chief, and continuing to the present, there has been significant discrimination directed against white males regarding these assignments. During the entire relevant period, I have been assigned as a district/section reliefs (i.e. a patrol shift supervisor), and denied any opportunity for a preferred assignment solely due to my race and sex, as my experience, qualifications, and training exceed those who have been given these assignments and the only distinguishing characteristics is race and sex.

There are 40 Cincinnati Police lieutenants. (Thirty-nine have active assignments. One is on military leave.) Sixteen lieutenants are assigned to a district/section relief (i.e. a patrol bureau shift supervisor) within the Cincinnati Police Dept (CPD). There are currently 14 male, white, lieutenants assigned to district/section reliefs. The other 3 lieutenants are black (two male and one female), and two of those three lieutenants requested to be assigned to a district/section relief.

Every non-white and/or female lieutenant in the CPD, except for one, has been given a preferred assignment based on their race and/or gender without regard to their years of experience, qualifications, work history, and/or staffing requests by District Commanders. In other words, minority and/or female lieutenants are given preferred assignments based strictly on their race and/or gender and nothing more. (contd)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date 9/11/23

Charging Party Signature

NOTARY – *When necessary for State or Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* 11 Sep 23

Robb Shelleman Stoker, Attorney At Law
NOTARY PUBLIC-STATE OF OHIO
My commission has no expiration date
Sec. 147.93 R.C.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Ohio Civil Rights Commission     and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

● Male, white lieutenants are assigned to approximately 65% of the total lieutenant complement, the remaining 35% are females and other races.

● Male, white lieutenants are assigned to approximately 82% of total district/section relief commanders, the remaining 18% includes one female black lieutenant and two male black lieutenants. (As described in the first paragraph, two of the three black lieutenants requested their transfer from a preferred assignment to patrol.)

● Male, white lieutenants are provided approximately 44% of preferred assignments, but only because there are not more minority or women lieutenants to assign to those positions.

● Of the total female lieutenant complement (9 lieutenants), 89% are in preferred assignments.

● Of the total minority complement (14), 79% are in preferred assignments.

● Of the total male, white lieutenant complement, excluding the lieutenant on military leave as he is not currently assigned to any position, approximately 44% are in preferred assignments.

The following are specific examples:

1. November of 2022 to January 2023 - Lt. Andrew Mitchell was disciplined and transferred from a preferred assignment (ITMS) to a district relief position. Lt. Victoria Weyda was disciplined with sustained findings from an internal investigation and transferred from a preferred assignment (Inspections) to Lt. Mitchell's prior preferred assignment (ITMS). Lt. Shannon Heine, the last female, white lieutenant in a district/section relief position was transferred into Lt. Weyda's prior preferred assignment (Inspections).

2. January of 2023 - District 5 Commander, Capt. Amanda Caton, specifically requested that Lieutenant Jerry Hodges be assigned to Dist. 5 as the Investigative Lieutenant. Instead, Chief Theetge chose Lt. Denica Gilmer (female, black) for that assignment.

3. May of 2023 - Criminal Investigative Section Commander, Captain Steven Saunders, posted a vacancy for the Major Offenders Unit Commander, requesting lieutenants submit an interdepartmental correspondence letter expressing interest in the position. Several white, male lieutenants applied for the position, but Lt. Denica Gilmer (female, black) was chosen for the assignment, her second preferred assignment in nearly 6 months.

4. June of 2023 - Lieutenant Jarrod Cotton (male, black) was given a preferred assignment on the day he was promoted to Lieutenant (6.11.23), despite two male, white lieutenants scoring above him (#1 and #2, Lt. Cotton was #3) on the promotional examination for the rank of lieutenant.

The City of Cincinnati and specifically Chief Theetge, has, and continues to utilize, a race-based quota system to ensure that it promotes women/minorities to Lieutenant in the first place, and then makes assignment decisions solely on the basis of race and sex, depriving white male lieutenants of tangible employment benefits.

NOTARIAL SEAL

Robb Snelderman Stokar, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/11/23
Date    *Charging Party Signature*

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

11 SEP 23

EEOC Form 5 (11/09)

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 473-2024-00264 |

| Ohio Civil Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Andrew Mitchell | (513) 651-2121 | 09/14/1979 |

| Street Address | City, State and ZIP Code |
|---|---|
| c/o Zachary Gottesman, Gottesman & Associates, LLC, 404 East12th Street, Cincinnati, Ohio 45202 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| City of Cincinnati | 500+ | (513) 352-3334 |

| Street Address | City, State and ZIP Code |
|---|---|
| 801 Plum St., Suite 214. Cincinnati, OH 45202 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

US EEOC
Cincinnatti Area Office
Received 11/02/2023

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☒ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 1/9/2023     Latest: to present
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Lieutenant and employed within and by the City of Cincinnati and the Cincinnati Police Department. A Lieutenant is generally a shift supervisor within a district (within the patrol bureau), or are assigned to a specialty command/preferred assignment, which contain perks and monetary benefits, to include take home cars, overtime opportunities and call out/on call pay, and regarded generally within the Cincinnati Police Department as career-enhancing, including for promotion purposes. Lieutenants assigned as shift supervisors to district/section reliefs (i.e. a patrol shift supervisor) receive less access to overtime, less recall time, less experience, less opportunity for career growth, less schedule flexibility/restrictions on off-time, and less benefits (ie., a take-home vehicle), all constituting tangible employment benefits, than those lieutenants in preferred assignments.

All assignment decisions, including those to preferred assignments and/or shift relief are made by the Cincinnati Chief of Police. Starting on or about January 9, 2023, when Theresa Theetge was made the Cincinnati Police Chief, and continuing to the present, there has been significant discrimination directed against white males regarding these assignments. During the entire relevant period, I have been assigned as a district/section reliefs (i.e. a patrol shift supervisor), and denied any opportunity for a preferred assignment solely due to my race and sex, as my experience, qualifications, and training exceed those who have been given these assignments and the only distinguishing characteristics is race and sex.

There are 40 Cincinnati Police lieutenants. (Thirty-nine have active assignments. One is on military leave.) Seventeen lieutenants are assigned to a district/section relief (i.e. a patrol bureau shift supervisor) within the Cincinnati Police Dept (CPD). There are currently 14 male, white, lieutenants assigned to district/section reliefs. The other 3 lieutenants are black (two male and one female), and two of those three lieutenants requested to be assigned to a district/section relief.

Every non-white and/or female lieutenant in the CPD, except for one, has been given a preferred assignment based on their race and/or gender without regard to their years of experience, qualifications, work history, and/or staffing requests by District Commanders. In other words, minority and/or female lieutenants are given preferred assignments based strictly on their race and/or gender and nothing more. (contd)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 11/1/23
Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
11/1/23

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

| Ohio Civil Rights Commission | and EEOC |
|---|---|

*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

● Male, white lieutenants are assigned to approximately 65% of the total lieutenant complement, the remaining 35% are females and other races.

● Male, white lieutenants are assigned to approximately 82% of total district/section relief commanders, the remaining 18% includes one female black lieutenant and two male black lieutenants. (As described in the first paragraph, two of the three black lieutenants requested their transfer from a preferred assignment to patrol.)

● Male, white lieutenants are provided approximately 44% of preferred assignments, but only because there are not more minority or women lieutenants to assign to those positions.

● Of the total female lieutenant complement (9 lieutenants), 89% are in preferred assignments.

● Of the total minority complement (14), 79% are in preferred assignments.

● Of the total male, white lieutenant complement, excluding the lieutenant on military leave as he is not currently assigned to any position, approximately 44% are in preferred assignments.

The following are specific examples:

1. November of 2022 to January 2023 - Lt. Andrew Mitchell was disciplined and transferred from a preferred assignment (ITMS) to a district relief position. Lt. Victoria Weyda was disciplined with sustained findings from an internal investigation and transferred from a preferred assignment (Inspections) to Lt. Mitchell's prior preferred assignment (ITMS). Lt. Shannon Heine, the last female, white lieutenant in a district/section relief position was transferred into Lt. Weyda's prior preferred assignment (Inspections).

2. January of 2023 - District 5 Commander, Capt. Amanda Caton, specifically requested that Lieutenant Jerry Hodges be assigned to Dist. 5 as the Investigative Lieutenant. Instead, Chief Theetge chose Lt. Denica Gilmer (female, black) for that assignment.

3. May of 2023 - Criminal Investigative Section Commander, Captain Steven Saunders, posted a vacancy for the Major Offenders Unit Commander, requesting lieutenants submit an interdepartmental correspondence letter expressing interest in the position. Several white, male lieutenants applied for the position, but Lt. Denica Gilmer (female, black) was chosen for the assignment, her second preferred assignment in nearly 6 months.

4. June of 2023 - Lieutenant Jarrod Cotton (male, black) was given a preferred assignment on the day he was promoted to Lieutenant (6.11.23), despite two male, white lieutenants scoring above him (#1 and #2, Lt. Cotton was #3) on the promotional examination for the rank of lieutenant.

The City of Cincinnati and specifically Chief Theetge, has, and continues to utilize, a race-based quota system to ensure that it promotes women/minorities to Lieutenant in the first place, and then makes assignment decisions solely on the basis of race and sex, depriving white male lieutenants of tangible employment benefits.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/1/23    Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>11/1/23 |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>473-2023-02489 |
|---|---|---|

| Ohio Civil Rights Commission | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name (Indicate Mr., Ms., Mrs.)<br>Patrick Edmund Caton | Home Phone (Incl. Area Code)<br>(513) 651-2121 | Date of Birth<br>02/04/1966 |
|---|---|---|

Street Address City, State and ZIP Code
c/o Zachary Gottesman, Gottesman & Associates, LLC, 404 East 12th Street, Cincinnati, Ohio 45202

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name<br>City of Cincinnati | No. Employees, Members<br>500+ | Phone No. (Incl. Area Code)<br>(513) 352-3334 |
|---|---|---|

Street Address City, State and ZIP Code
801 Plum St., Suite 214. Cincinnati, OH 45202

| Name<br>US EEOC<br>Cincinnatti Area Office<br>Received 09/24/2023 | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 1/9/2023 Latest to present

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Lieutenant and employed within and by the City of Cincinnati and the Cincinnati Police Department. A Lieutenant is generally a shift supervisor within a district (within the patrol bureau), or are assigned to a specialty command/preferred assignment, which contain perks and monetary benefits, to include take home cars, overtime opportunities and call out/on call pay, and regarded generally within the Cincinnati Police Department as career-enhancing, including for promotion purposes. Lieutenants assigned as shift supervisors to district/section reliefs (i.e. a patrol shift supervisor) receive less access to overtime, less recall time, less experience, less opportunity for career growth, less schedule flexibility/restrictions on off-time, and less benefits (ie., a take-home vehicle), all constituting tangible employment benefits, than those lieutenants in preferred assignments.

All assignment decisions, including those to preferred assignments and/or shift relief are made by the Cincinnati Chief of Police. Starting on or about January 9, 2023, when Theresa Theetge was made the Cincinnati Police Chief, and continuing to the present, there has been significant discrimination directed against white males regarding these assignments. During the entire relevant period, I have been assigned as a district/section reliefs (i.e. a patrol shift supervisor), and denied any opportunity for a preferred assignment solely due to my race and sex, as my experience, qualifications, and training exceed those who have been given these assignments and the only distinguishing characteristics is race and sex.

There are 40 Cincinnati Police lieutenants. (Thirty-nine have active assignments. One is on military leave.) Seventeen lieutenants are assigned to a district/section relief (i.e. a patrol bureau shift supervisor) within the Cincinnati Police Dept (CPD). There are currently 14 male, white, lieutenants assigned to district/section reliefs. The other 3 lieutenants are black (two male and one female), and two of those three lieutenants requested to be assigned to a district/section relief.

Every non-white and/or female lieutenant in the CPD, except for one, has been given a preferred assignment based on their race and/or gender without regard to their years of experience, qualifications, work history, and/or staffing requests by District Commanders. In other words, minority and/or female lieutenants are given preferred assignments based strictly on their race and/or gender and nothing more. (contd)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/18/23 x P.C.Ca
Date Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
x P.C.Ca

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
9/18/23

ZACHARY GOTTESMAN, Attorney at Law
Notary Public, State of Ohio
Commission Has No Expiration Date
Section 147.03

EEOC Form 5 (11/09)

| **CHARGE OF DISCRIMINATION**<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br><br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|
| | Ohio Civil Rights Commission | and EEOC |
| | *State or local Agency, if any* | |

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

● Male, white lieutenants are assigned to approximately 65% of the total lieutenant complement, the remaining 35% are females and other races.

● Male, white lieutenants are assigned to approximately 82% of total district/section relief commanders, the remaining 18% includes one female black lieutenant and two male black lieutenants. (As described in the first paragraph, two of the three black lieutenants requested their transfer from a preferred assignment to patrol.)

● Male, white lieutenants are provided approximately 44% of preferred assignments, but only because there are not more minority or women lieutenants to assign to those positions.

● Of the total female lieutenant complement (9 lieutenants), 89% are in preferred assignments.

● Of the total minority complement (14), 79% are in preferred assignments.

● Of the total male, white lieutenant complement, excluding the lieutenant on military leave as he is not currently assigned to any position, approximately 44% are in preferred assignments.

The following are specific examples:

1. November of 2022 to January 2023 - Lt. Andrew Mitchell was disciplined and transferred from a preferred assignment (ITMS) to a district relief position. Lt. Victoria Weyda was disciplined with sustained findings from an internal investigation and transferred from a preferred assignment (Inspections) to Lt. Mitchell's prior preferred assignment (ITMS). Lt. Shannon Heine, the last female, white lieutenant in a district/section relief position was transferred into Lt. Weyda's prior preferred assignment (Inspections).

2. January of 2023 - District 5 Commander, Capt. Amanda Caton, specifically requested that Lieutenant Jerry Hodges be assigned to Dist. 5 as the Investigative Lieutenant. Instead, Chief Theetge chose Lt. Denica Gilmer (female, black) for that assignment.

3. May of 2023 - Criminal Investigative Section Commander, Captain Steven Saunders, posted a vacancy for the Major Offenders Unit Commander, requesting lieutenants submit an interdepartmental correspondence letter expressing interest in the position. Several white, male lieutenants applied for the position, but Lt. Denica Gilmer (female, black) was chosen for the assignment, her second preferred assignment in nearly 6 months.

4. June of 2023 - Lieutenant Jarrod Cotton (male, black) was given a preferred assignment on the day he was promoted to Lieutenant (6.11.23), despite two male, white lieutenants scoring above him (#1 and #2, Lt. Cotton was #3) on the promotional examination for the rank of lieutenant.

The City of Cincinnati and specifically Chief Theetge, has, and continues to utilize, a race-based quota system to ensure that it promotes women/minorities to Lieutenant in the first place, and then makes assignment decisions solely on the basis of race and sex, depriving white male lieutenants of tangible employment benefits.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>9/18/23<br>Date          Charging Party Signature | NOTARY – When necessary for State or Local Agency Requirements<br><br>ZACHARY GOTTESMAN, Attorney at Law<br>Notary Public, State of Ohio<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.      Section 147.03<br><br>SIGNATURE OF COMPLAINANT<br><br>X<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br><br>9/18/23          ZACHARY GOTTESMAN, Attorney at Law<br>Notary Public, State of Ohio<br>Commission Has No Expiration Date<br>Section 147.03 |
|---|---|

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>473-2023-02488 |
| --- | --- | --- |

| Ohio Civil Rights Commission | | and EEOC |
| --- | --- | --- |
| State or local Agency, if any | | |

| Name (Indicate Mr., Ms., Mrs.)<br>MR. ROBERT WILSON | Home Phone (Incl. Area Code)<br>(513) 651-2121 | Date of Birth<br>08/31/83 |
| --- | --- | --- |

| Street Address    City, State and ZIP Code<br>c/o Zachary Gottesman, Gottesman & Associates, LLC, 404 East 12th Street, Cincinnati, Ohio 45202 |
| --- |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>City of Cincinnati | No. Employees, Members<br>500+ | Phone No. (Incl. Area Code)<br>(513) 352-3334 |
| --- | --- | --- |

| Street Address    City, State and ZIP Code<br>801 Plum St., Suite 214. Cincinnati, OH 45202 |
| --- |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
| --- | --- | --- |
| | | |

| Street Address    City, State and ZIP Code | | |
| --- | --- | --- |

US EEOC
Cincinnati Area Office
Received 09-24-2023

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
| --- | --- |
| ☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest    Latest<br>1/9/2023  to present<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Lieutenant and employed within and by the City of Cincinnati and the Cincinnati Police Department. A Lieutenant is generally a shift supervisor within a district (within the patrol bureau), or are assigned to a specialty command/preferred assignment, which contain perks and monetary benefits, to include take home cars, overtime opportunities and call out/on call pay, and regarded generally within the Cincinnati Police Department as career-enhancing, including for promotion purposes. Lieutenants assigned as shift supervisors to district/section reliefs (i.e. a patrol shift supervisor) receive less access to overtime, less recall time, less experience, less opportunity for career growth, less schedule flexibility/restrictions on off-time, and less benefits (ie., a take-home vehicle), all constituting tangible employment benefits, than those lieutenants in preferred assignments.

All assignment decisions, including those to preferred assignments and/or shift relief are made by the Cincinnati Chief of Police. Starting on or about January 9, 2023, when Theresa Theetge was made the Cincinnati Police Chief, and continuing to the present, there has been significant discrimination directed against white males regarding these assignments. During the entire relevant period, I have been assigned as a district/section reliefs (i.e. a patrol shift supervisor), and denied any opportunity for a preferred assignment solely due to my race and sex, as my experience, qualifications, and training exceed those who have been given these assignments and the only distinguishing characteristics is race and sex.

There are 40 Cincinnati Police lieutenants. (Thirty-nine have active assignments. One is on military leave.) Seventeen lieutenants are assigned to a district/section relief (i.e. a patrol bureau shift supervisor) within the Cincinnati Police Dept (CPD). There are currently 14 male, white, lieutenants assigned to district/section reliefs. The other 3 lieutenants are black (two male and one female), and two of those three lieutenants requested to be assigned to a district/section relief.

Every non-white and/or female lieutenant in the CPD, except for one, has been given a preferred assignment based on their race and/or gender without regard to their years of experience, qualifications, work history, and/or staffing requests by District Commanders. In other words, minority and/or female lieutenants are given preferred assignments based strictly on their race and/or gender and nothing more. (contd)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>9/10/23<br>Date    Charging Party Signature | NOTARY – When necessary for State and local Agency Requirements<br><br>WILLIAM S. KINNEY<br>Notary Public. State of Ohio<br>My Commission Expires December 9, 2025<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>9/10/23 |
| --- | --- |

EEOC Form 5 (11/09)

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

| Ohio Civil Rights Commission | and EEOC |
|---|---|

*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

● Male, white lieutenants are assigned to approximately 65% of the total lieutenant complement, the remaining 35% are females and other races.

● Male, white lieutenants are assigned to approximately 82% of total district/section relief commanders, the remaining 18% includes one female black lieutenant and two male black lieutenants. (As described in the first paragraph, two of the three black lieutenants requested their transfer from a preferred assignment to patrol.)

● Male, white lieutenants are provided approximately 44% of preferred assignments, but only because there are not more minority or women lieutenants to assign to those positions.

● Of the total female lieutenant complement (9 lieutenants), 89% are in preferred assignments.

● Of the total minority complement (14), 79% are in preferred assignments.

● Of the total male, white lieutenant complement, excluding the lieutenant on military leave as he is not currently assigned to any position, approximately 44% are in preferred assignments.

The following are specific examples:

1. November of 2022 to January 2023 - Lt. Andrew Mitchell was disciplined and transferred from a preferred assignment (ITMS) to a district relief position. Lt. Victoria Weyda was disciplined with sustained findings from an internal investigation and transferred from a preferred assignment (Inspections) to Lt. Mitchell's prior preferred assignment (ITMS). Lt. Shannon Heine, the last female, white lieutenant in a district/section relief position was transferred into Lt. Weyda's prior preferred assignment (Inspections).

2. January of 2023 - District 5 Commander, Capt. Amanda Caton, specifically requested that Lieutenant Jerry Hodges be assigned to Dist. 5 as the Investigative Lieutenant.  Instead, Chief Theetge chose Lt. Denica Gilmer (female, black) for that assignment.

3. May of 2023 - Criminal Investigative Section Commander, Captain Steven Saunders, posted a vacancy for the Major Offenders Unit Commander, requesting lieutenants submit an interdepartmental correspondence letter expressing interest in the position. Several white, male lieutenants applied for the position, but Lt. Denica Gilmer (female, black) was chosen for the assignment, her second preferred assignment in nearly 6 months.

4. June of 2023 - Lieutenant Jarrod Cotton (male, black) was given a preferred assignment on the day he was promoted to Lieutenant (6.11.23), despite two male, white lieutenants scoring above him (#1 and #2, Lt. Cotton was #3) on the promotional examination for the rank of lieutenant.

The City of Cincinnati and specifically Chief Theetge, has, and continues to utilize, a race-based quota system to ensure that it promotes women/minorities to Lieutenant in the first place, and then makes assignment decisions solely on the basis of race and sex, depriving white male lieutenants of tangible employment benefits.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9/10/23<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>9/10/23 |

WILLIAM S. KINNEY
Notary Public, State of Ohio
My Commission Expires
December 9, 2025